GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
MAEGUN MOOSO, ESQ.
Nevada Bar No. 15067
RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARIDAD HEIDENTHALER,<br><br>          Plaintiff,<br><br>vs.<br><br>WALGREEN CO, an Illinois Corporation; DOES I through X, inclusive, and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>          Defendants. | CASE NO.: 2:24-CV-01987-RFB-DJA |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CARIDAD HEIDENTHALER, and Defendant, WALGREEN CO, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorneys' fees, costs, and interests herein incurred.

/ / /

1

No Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

| July 17th, 2025 | July 17th, 2025 |
|---|---|
| **SHOOK & STONE, CHTD.** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| /s/ John B. Shook | /s/ Maegun Mooso |
| **JOHN B. SHOOK, ESQ.**<br>Nevada Bar No.: 5499<br>710 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No.: 5748<br>**MAEGUN MOOSO, ESQ.**<br>Nevada Bar No. 15067<br>2340 W. Horizon Ridge Parkway, Suite 100<br>Henderson, Nevada 89052<br>Attorneys for Defendant |

2

# ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice; each party to bear their own fees, costs, and interests.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ Maegun Mooso
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052

3

| | |
|---|---|
| From: | Kiana A. O'Day |
| To: | Mikayla Fritchley |
| Cc: | Maegun Mooso; Vicki Perez |
| Subject: | Re: Heidenthaler |
| Date: | Thursday, July 17, 2025 9:47:04 AM |
| Attachments: | image001.jpg |
| | image002.png |
| | image003.jpg |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image531324.png |
| | image672831.jpg |
| | image048696.png |
| | image620203.png |
| | image270464.png |
| | image286985.png |
| | image982267.png |
| | image277648.png |
| | image555521.png |

We received the check. Thank you. You can e-sign for John

**Kiana A. O'Day | Paralegal**

**P: 702.570.0000 | F: 702.485.5266 | Direct:**

Offices:
Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV: 338 Ryland Street, Reno, NV 89501

www.shookandstone.com | ☐☐☐☐☐☐

"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our services, please don't hesitate to tell them about us."

Personal Injury | Auto Accidents | Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice

CONFIDENTIALITY NOTE:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone, fax, or e-mail and delete the message. Thank you.

**From:** Mikayla Fritchley <mfritchley@ranallilawyers.com>
**Sent:** Friday, July 11, 2025 2:46 PM
**To:** Kiana A. O'Day <KO'Day@shookandstone.com>
**Cc:** Maegun Mooso <mmooso@ranallilawyers.com>; Vicki Perez <vperez@ranallilawyers.com>
**Subject:** RE: Heidenthaler

Please advise if I may e-sign the attached Stip and Order for Dismissal on Mr. Shook's behalf.

Thank you!

**Mikayla Fritchley**
Paralegal
**Ranalli Zaniel Fowler & Moran, LLC**
2340 W. Horizon Ridge Pkwy., Ste. 100
Henderson, NV 89052
Phone: (702) 477-7774 ext. 127
Fax:   (702) 477-7778

NOTICE: The above information is for the sole use of the intended recipient and contains information belonging to Ranalli Zaniel Fowler & Moran, LLC which is confidential and may be legally privileged. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any printing, copying, distribution, use or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately (1) notify the sender by reply e-mail; (2) call our office at (702) 477-7774 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

In accordance with Internal Revenue Service Circular 230, we advise you that if this e-mail contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer

**From:** Kiana A. O'Day <KO'Day@shookandstone.com>
**Sent:** Friday, July 11, 2025 2:41 PM
**To:** Mikayla Fritchley <mfritchley@ranallilawyers.com>
**Cc:** Maegun Mooso <mmooso@ranallilawyers.com>; Vicki Perez <vperez@ranallilawyers.com>
**Subject:** Re: Heidenthaler

Thank you and have a great weekend

**Kiana A. O'Day | Paralegal**

**P: 702.570.0000 | F: 702.485.5266 | Direct:**

Offices:
Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148